F07-5616 amf 11-27-07

IN THE UNTED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee Of Argent Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-W3 Under the Pooling and Servicing Agreement dated as of October 1, 2005, without recourse ) ) ) ) ) ) | CASE NO.: 07-3482 **Judge Christopher A. Boyko United States District Court** |
| Plaintiff ) ) | JUDGE: ~~Patricia A. Hemann~~ |
| -vs- ) ) | |
| Dina Deal, aka, Dina M. Deal, et al., ) ) | DISMISSAL JUDGMENT ENTRY |
| Defendant ) | |

On Plaintiff's oral motion and for good cause shown, Plaintiff's Complaint, and this action are hereby dismissed without prejudice at Plaintiff's costs, all deposits to apply and the cost of the Preliminary Judicial Title Report shall not be taxed as costs having been paid directly by counsel for Plaintiff.

*Christopher A Boyko*
JUDGE: ~~PATRICIA A. HEMANN~~ 11/30/07

**Judge Christopher A. Boyko
United States District Court**

APPROVED:

/s/C. Scott Casterline
CARLISLE, McNELLIE, RINI, KRAMER & ULRICH
BY: C. Scott Casterline (0073990)
Attorney for Plaintiff
ccasterline@carlisle-law.com

FILED
NOV 3 0 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND